

# Fourth Court of Appeals
## San Antonio, Texas

July 13, 2015

No. 04-15-00341-CV

**BEXAR COUNTY CIVIL SERVICE COMMISSION,**
Appellant

v.

Carmella **GUERRERO**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-08758
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

The reporter's record was due on July 6, 2015. The court reporter responsible for preparing the reporter's record in this appeal has filed a notification of late reporter's record stating that the record was not timely filed because appellant has failed to request and designate the record and has failed to pay or make arrangements to pay the court reporter's fee for preparing the record.

It is therefore ORDERED that appellant provide written proof to this court **within ten (10) days** from the date of this order that: (1) a written request has been made for preparation of the reporter's record pursuant to TEX. R. APP. P. 34.6(b)(1); and (2) either (i) the court reporter's fees have been paid or arrangements have been made to pay the court reporter's fees, or (ii) appellant is entitled to appeal without paying the court reporter's fees.

If appellant fails to respond to this order within the time provided, the appellant's brief will be due **within thirty (30) days** from the date of this order, and the court will only consider those issues or points raised in the appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c). All other appellate deadlines are abated pending a response to this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of July, 2015.



Keith E. Hottle
Clerk of Court